1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC.,<br><br>Defendant. | Case No. 1:22-cv-01173-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS CASE<br><br>(Doc. 14) |

On February 8, 2022, the assigned magistrate judge issued findings and recommendations to dismiss Plaintiff's complaint without prejudice for failing to prosecute and failure to comply with Fed. R. Civ. P. 4(m). The Court served the findings and recommendations on Defendant and gave him 14 days to file objections thereto. Defendant's deadline for filing objections if any was February 22, 2023, and as of the date of this Order, no objections have been filed. The findings and recommendations advised Defendant that "failure to file objections within the specified time may result in the waiver of rights on appeal." (Doc. 14); *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations issued on February 8, 2023 (Doc. 14) are adopted in full;
2. The Clerk of Court be directed to close this case.

IT IS SO ORDERED.

Dated:   March 10, 2023

UNITED STATES DISTRICT JUDGE

2