## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                                          **JUDGMENT IN A CIVIL CASE**

**FERNANDO GASTELUM,**

                                                                                          CASE NO: **1:22–CV–01173–ADA–CDB**

        v.

**BED BATH &AMP; BEYOND, INC.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/10/2023**

                                                                                          **Keith Holland**
                                                                                          Clerk of Court

ENTERED:  **March 10, 2023**

                                                             by: /s/ S. Sant Agata
                                                                     Deputy Clerk